# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>NEWS CORPORATION,<br>NEWS AMERICA MARKETING FSI L.L.C.,<br>and<br>NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,<br><br>      Defendants. | Case No.: 19-cv-1820<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Insignia Systems, Inc. ("Insignia") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Insignia have a parent corporation?

    ___ YES   X  NO

    If yes, the parent corporation is:

2. Is 10% or more of the stock of Insignia owned by a publicly held corporation?

    _X__ YES   __ NO

    If yes, identify all such owners:

    Air T, Inc.

Dated: July 11, 2019                     Respectfully submitted,

                                                  s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

William Christopher Carmody (*pro hac vice* pending)
Arun Subramanian (*pro hac vice* pending)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-3330
Fax: (212) 336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice* pending)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
asalinas@susmangodfrey.com

Hunter Shkolnik (*pro hac vice* pending)
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, New York 10017
Telephone: (212) 397-1000
hunter@napolilaw.com

*Attorneys for Insignia Systems, Inc*