# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., | Civ. No. 19-cv-1820 (MJD/BRT) |
| Plaintiffs, | |
| v. | |
| NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C., | |
| Defendants. | |

**Chart of Parties' Disputed Scheduling Proposals**

| ¶ | DISPUTED EVENT | PLAINTIFF'S PROPOSAL | DEFENDANTS' PROPOSAL[1] |
|---|---|---|---|
| (e)(2) | Close of Fact Discovery | May 22, 2020 | October 16, 2020 |
| (g)(4) | Fact Discovery Motions | May 22, 2020 | October 30, 2020 |
| (f)(1)(c) | Expert Meet & Confer | March 13, 2020 | August 28, 2020 |
| (f)(2) | Opening Expert Reports | June 26, 2020 (Any party bearing the burden) | November 16, 2020 (Plaintiff) |
| (f)(2) | Rebuttal Expert Reports | August 7, 2020 (Any party responding) | January 15, 2021 (Defendants) |
| (f)(2) | Close of Expert Discovery | September 11, 2020 | March 31, 2021 |
| (g)(4) | Other Non-Dispositive Motions | October 16, 2020 | April 30, 2021 |
| (g)(5) | Dispositive Motions | October 16, 2020 | May 29, 2021 |
| (j)(1) | Trial | November 30, 2020 | October 30, 2021 |

---

[1] Defendants' position is that discovery should be stayed pending the resolution of an early dispositive motion under Rule 12(c) on Defendants' Counterclaim.  As explained in part (e) of the joint report, resolution of such a motion will clarify and may help to streamline considerably the scope of discovery required in this matter.  Defendants propose the dates listed here in the alternative, should the Court determine not to put in place a stay.