UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INSIGNIA SYSTEMS, INC.,

    Plaintiff,

v.

NEWS CORPORATION,
NEWS AMERICA MARKETING FSI
L.L.C., and NEWS AMERICA
MARKETING IN-STORE SERVICES
L.L.C.,

    Defendants.

Court File No. 19-CV-1820

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Jamal Faleel shall appear as counsel of record for Plaintiff Insignia Systems, Inc. in this case.

Dated: October 3, 2019

*/s/ S. Jamal Faleel*
Jerry W. Blackwell (MN Bar No. 186867)
S. Jamal Faleel (MN Bar No. 320626)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Tel: 612-343-3200
Fax: 612-343-3205
Email: blackwell@blackwellburke.com
Email: jfaleel@blackwellburke.com

***ATTORNEYS FOR PLAINTIFF***