## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Insignia Systems, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>News Corporation, et al.,<br><br>    Defendants. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:  19-1820 MJD/BRT<br>Date:  October 4, 2019<br>Time Commenced: 8:30 am<br>Time Concluded: 9:30 am<br>Time in Court: 1 hour |

Hearing on: **RULE 16 DISCOVERY CONFERENCE**

**APPEARANCES:**

 Plaintiff: Arun S. Subramanian, Mark Musico, Michelle J. Looby, S. Jamal Faleel

 Defendants: Kenneth A. Gallo, Nicole M. Moen, Todd A. Wind

**PROCEEDINGS:**

 X In Person

**Other Remarks:**

 Discussion of pretrial deadlines and settlement. A Pretrial Scheduling Order will be issued.

*s/ Melissa S. Kruger*
Courtroom Deputy/Judicial Assistant
