# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., AND NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C., <br><br> Defendants. | Case No. 19-cv-1820 (MJD/BRT) <br><br> **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendants News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C., through their attorneys, move the Court for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). Defendants base this motion on all of the files, records, proceedings of this action, the records and proceedings from Civil File No. 04-4213, and the briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated: October 21, 2019

s/ Todd Wind
Todd Wind (#0196514)
Nicole M. Moen (#0329435)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Tel:  612.492.7000
Fax:  612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com

William B. Michael (admitted *pro hac vice*)
NY Bar No. 4296356
**PAUL WEISS RIFKIND WHARTON & GARRISON**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   212.373.3648
Fax:   212.492.0648
wmichael@paulweiss.com


Kenneth A. Gallo (admitted *pro hac vice*)
NY Bar No. 430369
Jane B. O'Brien (admitted *pro hac vice*)
NY Bar No. 4484457
Jeannie S. Rhee (admitted *pro hac vice*)
District of Columbia Bar No. 464127
**PAUL WEISS RIFKIND WHARTON & GARRISON**
2001 K Street, NW
Washington, DC 20006-1047
Tel:   202.223.7356
Fax:   202.204.7356
kgallo@paulweiss.com
jobrien@paulweiss.com
jrhee@paulweiss.com


Gerson A. Zweifach (admitted *pro hac vice*)
District of Columbia Bar No. 349266
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel:   202.434.5000
Fax:   202.434.5029
gzweifach@wc.com

*Attorneys for Defendants*

68180815