# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., AND NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,<br><br>      Defendants. | Case No. 19-cv-1820 (MJD/BRT)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants, in connection with their October 21, 2019 Declaration of Todd Wind in Support of Defendants' Motion for Judgment on the Pleadings (Doc. No. 46) filed a Sealed Exhibit A (Doc. No. 50), which contains information designated as "confidential" and is being filed pursuant to the pending Protective Order which is anticipated to be filed on November 1, 2019.

This statement is filed in lieu of a redacted copy because the entire document is confidential, rendering redaction impracticable.

Dated: October 21, 2019

s/ Todd Wind
Todd Wind (#0196514)
Nicole M. Moen (#0329435)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel: 612.492.7000
Fax: 612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com

William B. Michael (admitted *pro hac vice*)
NY Bar No. 4296356
**PAUL WEISS RIFKIND WHARTON & GARRISON**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212.373.3648
Fax: 212.492.0648
wmichael@paulweiss.com


Kenneth A. Gallo (admitted *pro hac vice*)
NY Bar No. 430369
Jane B. O'Brien (admitted *pro hac vice*)
NY Bar No. 4484457
Jeannie S. Rhee (admitted *pro hac vice*)
District of Columbia Bar No. 464127
**PAUL WEISS RIFKIND WHARTON & GARRISON**
2001 K Street, NW
Washington, DC 20006-1047
Tel: 202.223.7356
Fax: 202.204.7356
kgallo@paulweiss.com
jobrien@paulweiss.com
jrhee@paulweiss.com


Gerson A. Zweifach (admitted *pro hac vice*)
District of Columbia Bar No. 349266
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: 202.434.5000
Fax: 202.434.5029
gzweifach@wc.com

*Attorneys for Defendants*

68180815