INSIGNIA SYSTEMS, INC.,

      Plaintiff,

    v.

NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., AND NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,

      Defendants.

Case No. 19-cv-1820  (MJD/BRT)

**MEET AND CONFER STATEMENT**

I, Todd Wind, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

Multiple email exchanges with Arun Subramanian, Susman Godfrey L.L.P.

On:  October 21, 2019

Discussing the following:

Defendants' Motion for Judgment on the Pleadings and, specifically, Defendants' request that Plaintiff voluntarily amend their current complaint to omit any reference to or reliance upon facts pre-dating the Settlement Agreement from Case No. 04-4213. Plaintiff would not agree to voluntarily dismiss and/or amend their complaint as requested.

Also discussed the pending Protective Order, as modified by the Court on October 11, 2019.  I advised that Defendants do not have any issues with the changes proposed by the Court.  Mr. Subrumanian agreed to respond regarding Plaintiff's position shortly.

As a result of the meet-and-confer, the parties:

☒ Do not agree on the resolution of any part of the motion.

☐ Agree on all or part of the motion and request that the Court incorporate the following agreement in an Order:

Dated: October 21, 2019

s/ Todd Wind
Todd Wind (#0196514)
Nicole M. Moen (#0329435)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Tel:  612.492.7000
Fax:  612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com

William B. Michael (admitted *pro hac vice*)
NY Bar No. 4296356
**PAUL WEISS RIFKIND WHARTON & GARRISON**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  212.373.3648
Fax:  212.492.0648
wmichael@paulweiss.com

Kenneth A. Gallo (admitted *pro hac vice*)
NY Bar No. 430369
Jane B. O'Brien (admitted *pro hac vice*)
NY Bar No. 4484457
Jeannie S. Rhee (admitted *pro hac vice*)
District of Columbia Bar No. 464127
**PAUL WEISS RIFKIND WHARTON & GARRISON**
2001 K Street, NW
Washington, DC 20006-1047
Tel:  202.223.7356
Fax:  202.204.7356
kgallo@paulweiss.com
jobrien@paulweiss.com
jrhee@paulweiss.com

Gerson A. Zweifach (admitted *pro hac vice*)
District of Columbia Bar No. 349266
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel:   202.434.5000
Fax:   202.434.5029
gzweifach@wc.com

***Attorneys for Defendants***

68345109