UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-1820 (MJD/BRT)

Insignia Systems, Inc.,

        Plaintiff,

v.                                            **ORDER OF REFERRAL**

News Corporation et al

        Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Becky R. Thorson is designated to review the Cross Motion for Judgment on the Pleadings [Doc. #59]. Magistrate Judge Thorson is to submit proposed findings of fact and recommendations of law on the motion which may be filed in this matter. An order will be issued ruling on the motion after the objection period is complete. Defendant shall contact Magistrate Judge Thorson's Chambers to schedule a hearing for the motion.

Dated:   November 13, 2019

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court