## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C., <br><br>　　　　　　　　Defendants. | Civ. No. 19-1820 (MJD/BRT) <br><br>**ORDER ON PARTIES' CONSOLIDATED BRIEFING SCHEDULE AND WORD COUNT FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFF'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS** |

This matter is before the Court regrading Defendant's Motion for Judgment on the Pleadings (Doc. No. 46), and Plaintiff's Cross-Motion for Judgment on the Pleadings (Doc. No. 59).

Based upon the agreement of the parties, **IT IS HEREBY ORDERED** that:

1.　Defendants' Consolidated Reply Memorandum to its Motion for Judgment on the Pleadings and Opposition to Plaintiff's Cross-Motion for Judgment on the Pleadings is due on **December 2, 2019**.

2.　Plaintiff's Reply Memorandum to its Cross-Motion for Judgment on the Pleadings is due on **December 16, 2019**.

The combined total of each party's memoranda of law shall not exceed 15,000 words.

Dated: November 14, 2019　　　　　　　　*s/ Becky R. Thorson*
　　　　　　　　　　　　　　　　　　　BECKY R. THORSON
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge