# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C., <br><br> Defendants. | Case No. 19-cv-1820 (MJD/BRT) <br><br> **JOINT MOTION REGARDING CONTINUED SEALING** |

Documents have been filed under temporary seal in connection with the following motions. The Court approved a combined briefing schedule [Dkt. No. 67] for the cross motions:

Defendants' Motion for Judgment on the Pleadings [Dkt. No. 46]

Plaintiff's Cross Motion for Judgment on the Pleadings [Dkt. No. 59]

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| | |
|---|---|
| Dated: January 6, 2020 | s/ S. Jamal Faleel <br> Jerry W. Blackwell (MN Bar No. 186867) <br> S. Jamal Faleel (MN Bar No. 320626) <br> **BLACKWELL BURKE P.A.** <br> 431 South Seventh Street, Suite 2500 <br> Minneapolis, MN 55415 <br> Tel:  612.343.3200 <br> Fax:  612.343.3205 <br> blackwell@blackwellburke.com <br> jfaleel@blackwellburke.com |

1

Daniel E. Gustafson (#202241)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel:   612.333.8844
Fax:  612.339.6622
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

William Christopher Carmody (*pro hac vice*)
New York Bar No. 4539276
Arun Subramanian (*pro hac vice*)
New York Bar No. 4611869
Mark Musico (*pro hac vice*)
New York Bar No. 5238001
Y. Gloria Park (*pro hac vice*)
New York Bar No. 5477047
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Tel:   212.336.3330
Fax:  212.336.8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
mmusico@susmangodfrey.com
gpark@susmangodfrey.com

Alejandra C. Salinas (*pro hac vice*)
Texas Bar No. 24102452
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel:   713.651.9366
Fax:  713.654.6666
asalinas@susmangodfrey.com

Hunter Shkolnik (*pro hac vice*)
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY  10017

Tel:  212.397.1000
hunter@napolilaw.com

*Attorneys for Insignia Systems, Inc.*

Dated:  January 6, 2020

s/ Todd Wind
Todd Wind (#0196514)
Nicole M. Moen (#0329435)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Tel:  612.492.7000
Fax:  612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com

William B. Michael (admitted *pro hac vice*)
NY Bar No. 4296356
**PAUL WEISS RIFKIND**
  **WHARTON & GARRISON**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  212.373.3648
Fax:  212.492.0648
wmichael@paulweiss.com

Kenneth A. Gallo (admitted *pro hac vice*)
NY Bar No. 430369
Jane B. O'Brien (admitted *pro hac vice*)
NY Bar No. 4484457
Jeannie S. Rhee (admitted *pro hac vice*)
District of Columbia Bar No. 464127
**PAUL WEISS RIFKIND**
  **WHARTON & GARRISON**
2001 K Street, NW
Washington, DC 20006-1047
Tel:  202.223.7356
Fax:  202.204.7356
kgallo@paulweiss.com
jobrien@paulweiss.com
jrhee@paulweiss.com

3

Gerson A. Zweifach (admitted *pro hac vice*)
District of Columbia Bar No. 349266
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel:   202.434.5000
Fax:   202.434.5029
gzweifach@wc.com

*Attorneys for Defendants*

4

Proposed Revised Joint Motion Regarding Continued Sealing Form – incorporating edits to LR 5.6(d)(2)(A)

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 50 |  | Settlement Agreement and Release | a) The entirety of the Settlement Agreement and Release. b) None c) None | NA | Contains material designated as "CONFIDENTIAL information" by the terms of the document and under a protective order issued in this case [Dkt. No. 57] |
| 61 | 65 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Judgment on the Pleadings and in Support of Plaintiff's Cross-Motion for Judgment on the Pleadings, filed under temporary seal | a) None b) The entirety of the Memorandum of Law. c) None | NA | The parties have agreed that the entire document should be unsealed in light of Defendants' briefs [Dkt. Nos. 48 and 70], which contained similar quotes from the Settlement Agreement and Release and were not filed under seal. |
| 71 | 72 | Plaintiff's Reply Memorandum in Support of Plaintiff's Cross-Motion for Judgment on the Pleadings, filed under temporary seal | a) None b) The entirety of the Reply Memorandum. c) None | NA | The parties have agreed that the entire document should be unsealed in light of Defendants' briefs [Dkt. Nos. 48 and 70], which contained similar quotes from the Settlement Agreement and Release and were not filed under seal. |

68440919