# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Insignia Systems, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C.,<br><br>    Defendants. | Civ. No. 19-1820 (MJD/BRT)<br><br>**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing (Doc. No. 76) in connection with documents filed with the parties' Motions for Judgment on the Pleadings. (Doc. Nos. 46, 59.

IT IS HEREBY ORDERED that the Joint Motion (Doc. No. 394) is **GRANTED**.

The Clerk of Court is directed to keep Document No. 50 under seal.

The Clerk of Court is directed to unseal Document Nos. 65 and 72.

Date: January 6, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge