# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING

Insignia Systems, Inc.,

                    Plaintiff,

v.

News Corporation; News America Marketing FSI
L.L.C.; News America Marketing In-Store
Services L.L.C.,

                    Defendants.

**COURT MINUTES**

BEFORE: Becky R. Thorson
U.S. Magistrate Judge

Case No:          19cv1820 (MJD/BRT)
Date:             January 14, 2020
Location:         St. Paul, Courtroom 6A
Court Reporter:  Lori Simpson
Hearing Time Commenced: 1:34 p.m.
Hearing Time Concluded:  3:36 p.m.
Time in Court:  2 Hours & 2 Minutes

APPEARANCES:

For Plaintiff:        Arun S. Subramanian, Esq., Gloria Park, Esq., Susman Godfrey LLP;
                      S. Jamal Faleel, Esq., Blackwell Burke PA

For Defendants:       Gerson Avery Zweifach, Esq., Williams & Connolly LLP;
                      William Michael, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LLP;
                      Nicole M. Moen, Esq., Todd A. Wind, Esq., Fredrikson & Byron, PA

Hearing on:           Defendants' Motion for Judgment on the Pleadings (Doc. No. 46); and
                      Plaintiff's Cross-Motion for Judgment on the Pleadings (Doc. No. 59).

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:
n/a

**ORDER TO BE SUBMITTED BY:**        ☐ **COURT**     ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motion taken under advisement as of:  January 14, 2020

☐ ORDER TO BE ISSUED ☐ NO SEPARATE ORDER TO BE ISSUED   X  R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

                                                      s/ Danielle Mair
                                                   Signature of Law Clerk