# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| Insignia Systems, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Becky R. Thorson |
| v. | U.S. Magistrate Judge |
| News Corporation; News America Marketing FSI L.L.C.; News America Marketing In-Store Services L.L.C., | |
| Defendants. | |

Case No: 19cv1820 (MJD/BRT)
Date: January 14, 2020
Location: St. Paul, Courtroom 6A
Court Reporter: n/a
Hearing Time Commenced: 3:56 p.m.
Hearing Time Concluded: 4:30 p.m.
Time in Court: 34 Minutes

APPEARANCES:

For Plaintiff: Arun S. Subramanian, Esq., Gloria Park, Esq., Susman Godfrey LLP; S. Jamal Faleel, Esq., Blackwell Burke PA

For Defendants: Gerson Avery Zweifach, Esq., Williams & Connolly LLP; William Michael, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LLP; Nicole M. Moen, Esq., Todd A. Wind, Esq., Fredrikson & Byron, PA

Hearing on: Status Conference held.

s/ Danielle Mair
Signature of Law Clerk