# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING

Insignia Systems, Inc.,

                    Plaintiff,

v.

News Corporation; News America Marketing FSI
L.L.C.; News America Marketing In-Store
Services L.L.C.,

                    Defendants.

## COURT MINUTES

BEFORE: Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 19cv1820 (MJD/BRT) |
| Date: | March 9, 2020 |
| Location: | St. Paul, Courtroom 6A |
| Court Reporter: | Erin Drost |

Hearing Time Commenced: 1:30 p.m.
Hearing Time Concluded:  2:34 p.m.
Time in Court: 1 Hours & 4 Minutes

APPEARANCES:

  For Plaintiff:          Gloria Park, Esq., Mark Musico, Esq., Susman Godfrey LLP;
                                       Jerry W. Blackwell, Esq., Blackwell Burke PA

  For Defendants:        Jane B. O'Brien, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                         Nicole M. Moen, Esq., Fredrikson & Byron, PA

  Hearing on:            Plaintiff's Motion to Compel Production of Documents (Doc. No. 86).

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:
n/a

**ORDER TO BE SUBMITTED BY:**       ☐ **COURT**    ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motion taken under advisement as of: March 9, 2020

X ORDER TO BE ISSUED ☐ NO SEPARATE ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

                                                    s/ James Sadkovich
                                                Signature of Law Clerk