## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,<br><br>Defendants. | Civ. No. 19-1820 (MJD/BRT)<br><br>**ORDER GRANTING STIPULATION TO JOINTLY PROPOSE AMENDED SCHEDULING ORDER** |

Based upon the Parties' Stipulation to Jointly Propose an Amended Scheduling Order (Doc. No. 102), IT IS HEREBY ORDERED that:

The Stipulation to Jointly Propose an Amended Scheduling Order is GRANTED, and all deadlines in the current Pretrial Scheduling Order (Doc. No. 36) shall be temporarily adjourned.

Dated: March 12, 2020         *s/ Becky R. Thorson*
                              BECKY R. THORSON
                              U.S. Magistrate Judge