# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,<br><br>　　　　　Defendants. | Case No. 19-cv-1820 (MJD/BRT)<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE COUNTERCLAIM** |

　　　　Defendants News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C., through their attorneys, move the Court for summary judgment on the counterclaim. Defendants base this motion on all of the files, records, proceedings of this action, the records and proceedings from Civil File No. 04-4213, and the briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated: July 10, 2020

s/ Todd Wind
Todd Wind (#0196514)
Nicole M. Moen (#0329435)
Timothy M. O'Shea (#0386437)
Rachel L. Dougherty (#0399947)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
Facsimile:   612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com

toshea@fredlaw.com
rdougherty@fredlaw.com

William B. Michael (admitted *pro hac vice*)
NY Bar No. 4296356
**PAUL WEISS RIFKIND WHARTON & GARRISON**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   212.373.3648
Fax:   212.492.0648
wmichael@paulweiss.com

Kenneth A. Gallo (admitted *pro hac vice*)
NY Bar No. 430369
Jane B. O'Brien (admitted *pro hac vice*)
NY Bar No. 4484457
Jeannie S. Rhee (admitted *pro hac vice*)
District of Columbia Bar No. 464127
**PAUL WEISS RIFKIND WHARTON & GARRISON**
2001 K Street, NW
Washington, DC 20006-1047
Tel:   202.223.7356
Fax:   202.204.7356
kgallo@paulweiss.com
jobrien@paulweiss.com
jrhee@paulweiss.com

Gerson A. Zweifach (admitted *pro hac vice*)
District of Columbia Bar No. 349266
Kimberly Broecker (pending *pro hac vice*)
MD Bar No. 1712130260
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel:   202.434.5000
Fax:   202.434.5029
gzweifach@wc.com
kbroecker@wc.com

***Attorneys for Defendants***

70367919

2