## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Insignia Systems, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>News Corporation, et al.,<br><br>　　　　　Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　19-1820 MJD/BRT<br>Date:　　　　　August 11, 2020<br>Time Commenced: 11:00 am<br>Time Concluded:　11:35 am<br>Time in Court:　　35 Min. |

Hearing on: **TELEPHONE STATUS CONFERENCE**

Plaintiff:　　Gloria Park, Mark Musico, S. Jamal Faleel

Defendants:　Jane B. O'Brien, Todd Wind, Rachel Dougherty

**PROCEEDINGS:**

　　X　　Via Telephone

**Other Remarks:**

　　Telephone status conference held.

　　　　　　　　　　　　　　　　　　　　　*s/ Melissa S. Kruger*
　　　　　　　　　　　　　　　　　　　　　Judicial Assistant