## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Insignia Systems, Inc., <br><br> Plaintiff, <br><br> v. <br><br> News Corporation, et al., <br><br> Defendants. | COURT MINUTES – CIVIL <br> BEFORE: BECKY R. THORSON <br> U.S. MAGISTRATE JUDGE <br><br> Case No:  19-1820 MJD/BRT <br> Date:  September 1, 2020 <br> Time Commenced: 9:30 am <br> Time Concluded:  12:00 noon <br> Time in Court:  2 hours 30 minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Arun S. Subramanian, Gloria Park, Mark Musico, S. Jamal Faleel, William Carmody, Jerry W. Blackwell

    Defendants:  Nicole M. Moen, Todd A. Wind, William Michael, Jane B. O'Brien

**PROCEEDINGS:**

    X    Settlement conference held. No settlement reached.

    *s/ Melissa S. Kruger*
    Courtroom Deputy/Judicial Assistant