# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C., <br><br> Defendants. | Case No.: 19-cv-1820 MJD/BRT <br><br><br> **JURY TRIAL DEMANDED** |

## **PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiff Insignia Systems, Inc., through its attorneys, moves the Court to compel Defendants News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C. to produce the deposition transcripts and exhibits of 19 of Defendants' witnesses who were deposed in *Valassis Communications, Inc. v. News Corp., et al.*, No. 17-cv-7378 (PKC) (S.D.N.Y.) ("*Valassis*"); the deposition transcripts of Defendants' witnesses who were deposed in prior cases and whose deposition materials were reproduced in *Valassis*; documents designated as trial and summary judgment exhibits in *Valassis* that hit on search terms negotiated in this case, with the exception of third-party documents so designated; and documents related to Defendant News Corporation's sale of Defendants News America Marketing to Charlesbank Capital Partners. Insignia bases this motion on all of the files, records, and proceedings of this

1

action, and the briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated: September 8, 2020     Respectfully submitted,

/s/ Y. Gloria Park
SUSMAN GODFREY LLP
William Christopher Carmody (*pro hac vice*)
New York State Bar No. 4539276
bcarmody@susmangodfrey.com
Arun Subramanian (*pro hac vice*)
New York State Bar No. 4611869
asubramanian@susmangodfrey.com
Mark Musico (*pro hac vice*)
New York State Bar No. 5238001
mmusico@susmangodfrey.com
Y. Gloria Park (*pro hac vice*)
New York State Bar No. 5477047
gpark@susmangodfrey.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-3330
Fax: (212) 336-8340

Alejandra C. Salinas (*pro hac vice*)
Texas State Bar No. 24102452
asalinas@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666

Rachel S. Black (*pro hac vice*)
Washington State Bar No. 32204
rblack@susmangodfrey.com
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883

NAPOLI SHKOLNIK PLLC
Hunter Shkolnik (*pro hac vice*)

New York State Bar No. 2031458
hunter@napolilaw.com
360 Lexington Avenue, 11th Floor
New York, New York 10017
Telephone: (212) 397-1000

BLACKWELL BURKE P.A.
Jerry W. Blackwell
Minnesota State Bar No. 186867
blackwell@blackwellburke.com
S. Jamal Faleel
Minnesota State Bar No. 320626
jfaleel@blackwellburke.com
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Telephone: (212) 343-3200
Fax: (212) 343-3205

*Attorneys for Plaintiff Insignia Systems, Inc.*