UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Insignia Systems, Inc., | Civ. No. 19-1820 (MJD/BRT) |
| Plaintiff, | |
| v. | |
| News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C., | **ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing (Doc. No. 239) in connection with documents filed under temporary seal relating to Plaintiff's Motion for Partial Summary Judgment. (Doc. No. 201.)

**IT IS HEREBY ORDERED** that:

1. The joint motion (Doc. No. 239) is Granted.

2. The Clerk of Court is directed to **unseal** the following documents 28 days after the issuance of this Order unless a timely motion for further consideration is filed under Local Rule 5.6(d)(3):

   Document No. 205-3;
   Document No. 214; and
   Document No. 216.

3. The Clerk of Court is directed keep the following documents **under seal**:

   Document No. 202;
   Document No. 205;
   Document No. 205-1;
   Document No. 205-2;
   Document No. 205-4;
   Document No. 205-5;

Document No. 205-6;
Document No. 205-7;
Document No. 212;
Document No. 215;
Document No. 217;
Document No. 218;
Document No. 219;
Document No. 220;
Document No. 221;
Document No. 222; and
Document No. 223.

Date:  September 14, 2020

                                        *s/ Becky R. Thorson*
                                        BECKY R. THORSON
                                        United States Magistrate Judge