# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# MOTION HEARING VIA ELECTRONIC MEANS

| | |
|---|---|
| Insignia Systems, Inc.,<br><br>            Plaintiff,<br>v.<br><br>News Corporation; News America Marketing FSI L.L.C.; News America Marketing In-Store Services L.L.C.,<br><br>            Defendants. | **COURT MINUTES**<br>BEFORE: Becky R. Thorson<br>U.S. Magistrate Judge<br><br>Case No:     19cv1820 (MJD/BRT)<br>Date:     September 29, 2020<br>Location:     (via electronic means)<br>Court Reporter:  Carla Bebault<br>Hearing Time Commenced: 11:00 a.m.<br>Hearing Time Concluded: 1:00 p.m.<br>Time in Court: 2 Hours |

**APPEARANCES BY ELECTRONIC MEANS:**

    For Plaintiff:       Gloria Park, Esq., Mark Musico, Esq., Alejandra Salinas, Esq., Rachel S. Black, Esq., Susman Godfrey LLP; S. Jamal Faleel, Esq., Blackwell Burke PA

    For Defendants:    Rachel Dougherty, Esq., Nicole M. Moen, Esq., Fredrikson & Byron, PA; Jane B. O'Brien, Esq., Paul, Weiss, Rifkind, Wharton & Garrison LL

    Hearing on:       Plaintiff's Motion to Compel Production of Documents (Doc. No. 240); and Insignia's Fourth Motion to Compel (Doc. No. 251).

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF:

As stated on the record, Plaintiff's Motion to Compel Production of Documents (Doc. No. 240) is **DENIED** except as follows:
1. Defendants must produce the documents it had agreed to produce as stated on the record at the hearing, no later than October 21, 2020. To the extent transcripts are produced, they should be produced in unredacted form. The documents and transcripts, however, may be designated Confidential under the Protective Order.
2. Plaintiff's motion to compel is denied in all other respects.

As stated on the record, Insignia's Fourth Motion to Compel (Doc. No. 251) with respect to Defendants' privilege log is **DENIED**.

**ORDER TO BE SUBMITTED BY:**    ☐ **COURT**    ☐ **PLAINTIFF**  ☐ **DEFENDANT**
Motion taken under advisement as of: n/a

☐ ORDER TO BE ISSUED  X NO SEPARATE ORDER TO BE ISSUED  ☐ R&R TO BE ISSUED  ☐ NO R&R TO BE ISSUED
☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                          s/ Danielle M. Mair
                                                           Signature of Law Clerk