UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Insignia Systems, Inc.,

    Plaintiff,

v.

News Corporation, et al.,

    Defendants.

ORDER
Civil No. 19-1820 (MJD/BRT)

---

This matter is before the Court on Plaintiff's Objection to the Magistrate Judge's Order (Doc. No. 375) denying Plaintiff's motion to compel News America Marketing In-Store Services L.L.C. ("NAM") to produce deposition transcripts of four of their employees concerning Defendants' conduct in the relevant market for third-party in-store promotional products.

The Court will reverse a magistrate judge's order on a nondispositive issue if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a). The Court has reviewed the submissions and the record in this case and concludes that Plaintiff has not demonstrated that the January 6, 2021[1] Order

---

[1] The Magistrate Judge issued her ruling from the bench, and the basis for her ruling is found at pages 49 and 50 of the transcript of the motions hearing. (Doc. No. 379.)

1

denying Plaintiff's sixth motion to compel production of documents is clearly erroneous or contrary to law.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. United States Magistrate Becky R. Thorson's January 6, 2021, Order [Docket No. 375] is **AFFIRMED**.

2. Plaintiffs' objections [Docket No. 387] are **OVERRULED**.

Dated:  February 12, 2021        /s Michael J. Davis
                                 Michael J. Davis
                                 United States District Court