UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Insignia Systems, Inc.,

    Plaintiff,

v.

News Corporation, News America
Marketing FSI LLC, and News
America Marketing In-Store
Services, LLC.,

    Defendants.

ORDER
Civil No. 19-1820 (MJD/BRT)

---

    A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant.  The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master for settlement purposes in this matter.

    Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

    The Honorable James M. Rosenbaum (Retired) is appointed special master pursuant to Federal Rule of Civil Procedure 53 in this matter, <u>Insignia Systems, Inc. v. News Corporation et al.</u>, Civil File No. 19-1820 (MJD/BRT).

1. The special master is empowered to call such meetings of the parties as deemed necessary to promote meaningful settlement discussions.

2. Parties shall contact James M. Rosenbaum as soon as possible to schedule the mediation session.

> The Honorable James M. Rosenbaum (Retired)
> c/o Debra A. Lewis
> Sr. Case Manager
> JAMS
> 333 S. 7th Street, Suite 2550
> Minneapolis, MN 55402
> Ph: 612-332-8225
> Fax: 612-332-9887
> www.jamsadr.com

3. The special master shall be compensated at the rate of $600 per hour. Compensation of the special master shall be apportioned as follows: 50% will be paid for by Plaintiffs and 50% will be paid for by Defendants.

Dated: January 24, 2022          s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court