UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C., <br><br> Defendants. | Case No. 19-cv-1820 (MJD/BRT) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: The Clerk of the Court and to All Parties and Counsel of Record.

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Jeannie S. Rhee, of the law firm Paul Weiss Rifkind Wharton & Garrison LLP, hereby withdraws as counsel for Defendants News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C.  Todd Wind, Nicole M. Moen, Timothy M. O'Shea and Rachel L. Dougherty of the law firm of Fredrikson & Byron, P.A., William B. Michael, Kenneth A. Gallo, Jane B. O'Brien, and Paul D. Brachman, of the law firm Paul Weiss Rifkind Wharton & Garrison LLP, and Gerson A. Zweifach and Kimberly Broecker, of the law firm Williams & Connolly LLP, shall continue to appear as counsel of record for Defendants in the above-captioned matter.

Dated: February 11, 2022

*s/ Rachel L. Dougherty*
Todd Wind (#0196514)
Nicole M. Moen (#0329435)
Timothy M. O'Shea (#0386437)
Rachel L. Dougherty (#0399947)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
Facsimile: 612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com
toshea@fredlaw.com
rdougherty@fredlaw.com

William B. Michael (admitted *pro hac vice*)
NY Bar No. 4296356
**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212.373.3648
Fax: 212.492.0648
wmichael@paulweiss.com

Kenneth A. Gallo (admitted *pro hac vice*)
NY Bar No. 430369
Jane B. O'Brien (admitted *pro hac vice*)
NY Bar No. 4484457
Paul D. Brachman (admitted *pro hac vice*)
NY Bar No. 5301841
**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006-1047
Tel: 202.223.7356
Fax: 202.204.7356
kgallo@paulweiss.com
jobrien@paulweiss.com
pbrachman@paulweiss.com

- 3 -

        Gerson A. Zweifach (admitted *pro hac vice*)
        District of Columbia Bar No. 349266
        Kimberly Broecker (pending *pro hac vice*)
        MD Bar No. 1712130260
        **WILLIAMS & CONNOLLY LLP**
        725 Twelfth Street, N.W.
        Washington, DC 20005
        Tel:    202.434.5000
        Fax:   202.434.5029
        gzweifach@wc.com
        kbroecker@wc.com

        ***Attorneys for Defendants***