## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,<br><br>　　　　Defendants. | Case No. 19-cv-1820 (MJD/BRT)<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the counterclaim asserted by Defendants News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C. against Plaintiff is hereby dismissed with prejudice and on the merits.  Each party shall bear its own attorneys' fees and costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  July 6, 2022                         s/Michael J. Davis                        
　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　United States District Court