UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INSIGNIA SYSTEMS, INC.,

    Plaintiff,

v.

NEWS CORPORATION, NEWS AMERICA MARKETING FSI L.L.C., and NEWS AMERICA MARKETING IN-STORE SERVICES L.L.C.,

    Defendants.

Case No. 19-cv-1820 (MJD/BRT)

**ORDER**

Pursuant to the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the claims asserted by Plaintiff Insignia Systems, Inc. against Defendants News Corporation, News America Marketing FSI L.L.C., and News America Marketing In-Store Services L.L.C. are hereby dismissed with prejudice and on the merits. Each party shall bear its own attorneys' fees and costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: July 6, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court